UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Linthong Kaye Sayarath,<br>*a/k/a* Sayarath Linthong,<br><br>    Defendant. | Case No. 22-cr-328 (JNE/DJF)<br><br><br>**ORDER** |

This matter is before the Court on the parties' motions for discovery (ECF Nos. 5, 16.) Having reviewed the parties' submissions, the Court does not believe a hearing is necessary. Therefore, based on the parties' submissions, and on the entire file, the Court enters the following Order.

**I.     The Government's Motion for Discovery (ECF No. [5])**

The Government seeks discovery and disclosure as required by Rules 12.1, 12.2, 12.3, 16(b) and 26.2 of the Federal Rules of Criminal Procedure. The Government's motion is **GRANTED** insofar as Defendant Sayarath shall provide discovery to the extent required by the applicable Rules. With respect to expert discovery pursuant to Rules 16(a)(1)(G) and 16(b)(1)(C), the following deadlines shall apply:

  a. Initial expert disclosures: 28 days prior to trial.

  b. Rebuttal expert disclosures: 14 days prior to trial.

II. **Defendant's Motion For Discovery Pursuant To Federal Rules of Criminal Procedure 16(A), 16(A)(1)(D), 16(A)(1)(E), 16(A)(1)(F), 16(A)(1)(G), and *Brady v. Maryland*, 373 U.S. 83 (1963) (ECF No. [16])**

Defendant's motion is **GRANTED** insofar as the Government shall provide discovery to the extent required by Rules 16 and 26.2 of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all other applicable statutory and constitutional rules. With respect to expert discovery pursuant to Rules 16(a)(1)(G) and 16(b)(1)(C), the following deadlines shall apply:

a. Initial expert disclosures: 28 days prior to trial.

b. Rebuttal expert disclosures: 14 days prior to trial.

**IT IS SO ORDERED.**

Dated: January 17, 2023

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge